UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 18cr913 JM |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| v. | |
| JOSHUA KAVANEY, | |
| Defendant. | |

Upon joint motion of the parties (Doc. No.38), and for good cause shown therein, **IT IS HEREBY ORDERED** that the sentencing hearing date of June 15, 2018, be continued to *July 27, 2018, at 9:00 a.m.*

IT IS SO ORDERED.

DATE: May 11, 2018

JEFFERY T. MILLER
UNITED STATES DISTRICT JUDGE

18CR00913-JM